**In the United States District Court for the State of Maryland**

Michael J. Luther
7293 Jenna Drive
Marriottsville, MD 21104
    Plaintiff

v

Joseph H. Sauble
211 North Court Street
Westminister, MD 21157
    Respondent

Civil Action # CCB-07-1500

**COMPLAINT**

Plaintiff Michael Luther ("Plaintiff"), sues Respondent Joseph H. Sauble ("Respondent"), for events arising between on or about June 29, 2004 and the present, and states the following:

**Parties**

1. Plaintiff is a resident and citizen of Carroll County, Maryland in the US Fourth Circuit.

2. Respondent, Joseph H. Sauble, works at CCDC in the United States Fourth Circuit.

3. The events giving rise to this cause of action occurred in the United States Fourth Circuit.

**Jurisdiction**

4. Venue in this Court is proper because Respondent works at a local government correctional facility in the United States Forth Circuit in Carroll County, Maryland.

5. Jurisdiction and venue are proper in this Court.

**Statement of Facts**

6. Plaintiff realleges paragraphs 1 through 5 as if fully set forth herein.

7. Respondent Joseph H. Sauble works at Central Booking in Carroll County Department of Corrections ("CCDC") located in Carroll County, Maryland.

8. Respondent by and through the CCDC wrongfully violated Plaintiff's Civil Right to Due Process, Case number 04032505, by False Arrest and Malicious Prosecution. Respondent knowingly, voluntarily, willfully, and without coercion, Slandered Plaintiff by publicly accusing

Plaintiff of Assault Second Degree / DOC Employee on June 29, 2004.

9. Respondent also refused Plaintiff's right to access to an attorney, the right to make a telephone call, the right to visit with family and friends while wrongfully detaining Plaintiff.

10. Respondent wrongfully refused Plaintiff's right to consult an attorney.  His wrongful acts violated Plaintiff's Civil Rights and led to an excessive bail of approximately $240,000, False Arrest, Malicious Prosecution and wrongful detention for approximately 303 days by the State of Maryland on Misdemeanors.

11. Plaintiff has never been sentenced, for any conviction, to serve one day of detention for any Charge brought by the State of Maryland.  Plaintiff is innocent of all allegations.  The State of Maryland nolle processed the misdemeanor charge described herein and entered a Nolle Prosequi concerning the false allegation of Second Degree Assault Misdemeanor upon Joseph Sauble.

12. Plaintiff was wrongfully detained through False Arrest by Respondent by and through the State of Maryland on June 29, 2004 concerning the Assault Second Degree.

13. Respondent's Slander and wrongful allegations led to financial injury to Plaintiff exceeding $1,800,616.

14. The State of Maryland by and through CCDC and Respondent wrongfully entered "David Christopher Luther" with a birth date of "03/21/1979" in public records for cases 04032505, 04032504, 04032503 in the District and Circuit Courts of Carroll County, Maryland located at 100 North Court Street in Westminster, Maryland 21157.

15. Plaintiff has never provided anyone with an incorrect name.  Without consulting Plaintiff, Respondent, CCDC, and the State of Maryland entered the wrong information in the central booking computer system.  Plaintiff has never indicated to anyone including Respondent that Plaintiff's name is David Christopher Luther.  Plaintiff has never carried any identification card with the name appearing "David Christopher Luther".

16. Plaintiff is Chairman and President of Infinity Financial Investment Corporation, a 100%

ESOP owned Delaware S-Corporation. Through duties of a manager of the corporation, Plaintiff had employment records of several employees of the corporation upon being falsely Arrested by the State of Maryland on June 26, 2004. Plaintiff, upon becoming aware of an Employee's name, David Christopher Luther being entered in the Central Booking System -- informed the booking officer and Respondent of the correct identification information.

17. Respondent, CCDC, and the State of Maryland entered Plaintiff's correct identification information into the central booking system, but refused to remove the wrong data entered by the booking officer.

18. Plaintiff has never been charged nor convicted of any felony nor misdemeanor, except minor traffic violations, non moving parking violation, prior to the Judgment of the State of Maryland March 17, 2005 for two second degree assault misdemeanors upon two home burglars whom were trespassing and breaking and entering into private property a second time.

19. Plaintiff entered into a Not Guilty Plea with probation without any Judgement under AVA Standards with a binding Plea with the State of Maryland. Under the agreement, Probation was not to last more than three months and a Judgement of Guilty was not to be entered in public record concerning two-second degree assault misdemeanors on March 17, 2005.

20. The Circuit Court of Carroll County, Maryland violated Plaintiff's Due Process Right to a Speedy Trial, a Jury Trial, a New trial and wrongfully entered Guilty in public record on the two-second degree assault misdemeanors upon two home burglars. A non-jury trial was held on March 17, 2005 in the Circuit Court of Maryland concerning the burglary. The State of Maryland refused Plaintiff's right to a Jury Trial in the matter. Plaintiff sued the State of Maryland on or about May 23, 2007 for Civil Rights violations and Property Damage in this Court.

21. Respondent, CCDC, and the State of Maryland knowingly, willingly, voluntarily, without coercion violated Plaintiff's Civil Rights by making false accusations that led to an excessive bail of $240,000 in connection with the allegations of Respondent and Wal-Mart Employees. Plaintiff was

in the custody of CCDC on June 29, 2004 upon the False Arrest due to the negligence of Wal-Mart Stores Inc employees for events arising in June 2004.  Plaintiff now sues Wal-Mart Stores Inc in the Circuit Court of Carroll County, Maryland for Negligence and Slander concerning two misdemeanor allegations that carry a maximum penalty under Maryland law of 30 days incarceration.  Plaintiff was never convicted of the allegations of Wal-Mart and was damaged by Wal-Mart's allegations financially.

22. Plaintiff has been a productive member of the community and gainfully employed since January 1997 while attending the University of Maryland full-time in pursuit of a degree in Economics on a Division 1 Athletic Scholarship for swimming.  The Division 1 athletic scholarship was awarded to Plaintiff for being seeded top-sixteen in three swimming events in the United States and the number one top scorer for Division 1 swimming conference championships in 1995. Plaintiff held several Maryland State Titles for age group swimming between 1988 through 1994 and represented the United States of America as a finalist at the US Open held in New York while competing against world record holders in several swimming events.

23. Plaintiff never assaulted Respondent.  In fact, Plaintiff never touched, threatened, nor verbally communicated to Respondent.  An Assault is impossible without one of these three elements.  Respondent, CCDC, and the State of Maryland video recorded the events of June 29, 2004.  Respondent is not exempt from Civil Prosecution in the matters described herein.

## COUNT I

### (Negligence)

24. Plaintiff realleges the allegations contained in Paragraphs 1 through 23 as if fully set forth herein.

25. Respondent had a fiduciary duty to exercise reasonable care and skill while performing duties of a a correctional officer of CCDC, a local government organization.

26. Respondent breached his duty by failing to exercise reasonable care and skill while

performing the duties of a correctional officer.

27. Respondent's breach contributed to damage and injury to Plaintiff causing economic damages exceeding $1,800,616.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter an Order of Specific Performance to correct public record files of the State of Maryland Judicial System by removing the incorrect name and date of birth entered by Respondent, CCDC, and the State of Maryland from public record. The incorrect name and DOB is currently associated with Plaintiff's in case numbers 04032505, 04032504, 04032503 in the District and Circuit Courts of Carroll County, Maryland. The incorrect data should be removed from public record due to the Negligence of Respondent.

## COUNT I I

### (Slander)

28. Plaintiff realleges the allegations contained in Paragraphs 1 through 27 as if fully set forth herein.

29. Respondent knowingly, willingly, voluntarily, without coercion, maliciously Slandered Plaintiff by making several false statements publicly damaging to Plaintiff's reputation.

30. Respondent's false statements led to the Commissioner of the State of Maryland wrongfully charging Plaintiff on June 29, 2004 with Assault Second Degree / DOC EMployee in case 04032505 in the Circuit Court of Carroll County, Maryland. The allegation remains in public record.

31. Respondent's slander contributed to damage and injury to Plaintiff causing economic damages and loss of property valued at over two million dollars.

WHEREFORE, Plaintiff respectfully requests this Honorable Court find Respondent liable to Plaintiff for damages of $700,000 for compensatory damages, and $50,000 for punitive damages on Counts I and II, plus any additional interest charges, attorney's fees, plus any and all

additional relief as the nature of this cause may require.

Respectfully submitted,

Michael J. Luther

7293 Jenna Drive
Marriottsville, MD 21104
443-498-3954

## STATEMENTS MADE UNDER OATH

I, Michael James Luther, Plaintiff in the above captioned case, solemnly affirm under the penalty of perjury that the contents of this complaint are true to the best of my knowledge, information and belief.

Respectfully submitted,

Michael J. Luther

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23 day of May, 2007 a copy of the foregoing Plaintiff's Complaint, was mailed via Certified Mail Return Receipt First Class postage paid to:

Joseph H. Sauble
100 North Court Street
Westminister, MD 21157

Respectfully submitted,

Michael J. Luther

_____
7293 Jenna Drive
Marriottsville, MD 21104
443-498-3954

In the United States District Court for the State of Maryland

Michael J. Luther  
    Plaintiff                     :  
                                      Civil Action # _____  
                      :  
v  
                      :  
Joseph H. Sauble  
    Respondent            :

## Certificate of Discovery

I hereby certify that I have this 23 day of May, 2007 served a copy of PLAINTIFF'S FIRST REQUEST FOR ADMISSION OF FACTS TO Respondent was mailed via Certified Return Receipt First Class postage paid to:

Joseph H. Sauble  
CCDC  
100 North Court Street  
Westminister, MD 21157

                                        Respectfully submitted,

                                        Michael J. Luther

                                        _____

                                        7293 Jenna Drive  
                                        Marriottsville, MD 21104  
                                        443-498-3954